

**THE LAW OFFICES OF**
# BRANDON A. THOMAS, P.C.

| | |
|---|---|
| 1 Glenlake Parkway, N.W., Suite 650 | Tel: (678) 862-9344 |
| Atlanta, Georgia 30328 | Fax: (678) 638-6201 |
| Email: brandon@overtimeclaimslawyer.com | Web: overtimeclaimslawyer.com |

April 8, 2026

## LETTER REQUESTING EXTENSION OF TIME OF ONE DAY TO FILE AMENDED COMPLAINT

Honorable Kenneth M. Karas
Southern District of New York
U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *Mejia-Aguilar v. Christopher Meredith, Inc. et al.*
Case No. 7:25-cv-04934 (S.D. N.Y.)

Dear Judge Karas:

On March 9, 2026, the Court ordered that an amended complaint be filed by April 7, 2026. Undersigned inadvertently miscalendared the deadline as April 8, 2026. The amended complaint is now filed as Doc. 27. There is no harm or prejudice to defendant. Therefore, Plaintiff respectfully requests that the Court extend the deadline to file an amended complaint by one day, to April 8, 2026.

Sincerely,                                     Granted.

                                              So Ordered.

Brandon A. Thomas

                                              4/8/26