UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MEJIA-AGUILAR,

*Plaintiff*,

v.

CHRISTOPHER MEREDITH, INC., *et al.*,

*Defendants*.

No. 25-CV-4934 (KMK)

ORDER

Plaintiff brought this Action under the Fair Labor Standards Act and New York Labor Law on June 12, 2025. (*See* Compl. (Dkt. No. 1).) Defendant moved to dismiss on January 30, 2026. (*See* Mot. to Dismiss (Dkt. No. 17).) Plaintiff sought leave to amend on March 2, 2026. (*See* Letter from Pl. to Court (Mar. 2, 2026) (Dkt. No. 20).) The Court granted leave to amend, stating it would "consider Defendant's Motion to Dismiss on the merits as it relates to the First Amended Complaint" ("FAC"), and gave Plaintiff a "chance to address the merits of the motion, in light of the filing of the FAC, by" April 7, 2026. (*See* Memo Endorsement (Dkt. No. 26).) Plaintiff sought an extension of time to file the FAC, and ultimately did so on April 9, 2026. (*See* FAC (Dkt. No. 30).) Defendants then sought leave to file a new Motion to Dismiss (the "Motion") as to the FAC. (*See* Letter from Defs. to Court (Dkt. No. 32).) The Court granted leave to file the Motion and adopted Defendants' proposed briefing schedule. (*See* Memo Endorsement (Dkt. No. 33).) Defendants filed the Motion on June 22, 2026. (*See* First Mot. to Dismiss FAC (Dkt. No. 34).) Plaintiff opposed the Motion on July 22, 2026. (*See* Pl.'s Resp. in Opp'n to Mot. to Dismiss FAC (Dkt. No. 35).) Defendants replied on August 4, 2026. (*See* Reply Mem. in Supp. re: Mot. to Dismiss FAC (Dkt. No. 36).)

In light of Plaintiff filing the FAC on April 9, 2026, Defendants filing a new Motion directed towards the First Amended Complaint on June 22, 2026, and that second Motion now being fully briefed, the previously filed Motion to Dismiss the original Complaint filed on January 30, 2026, and Motion for Leave to File Sur-reply in opposition to that Motion on March 9, 2026, are denied as moot. *See Walsh v. Nelnet Servicing, LLC*, No. 24-CV-4325, 2025 WL 2022631, at *5 n.8 (S.D.N.Y. July 28, 2025) (terminating motion to dismiss original complaint that was "rendered moot by [the p]laintiff filing her [a]mended [c]omplaint"); *Markovic v. Milos Hy, Inc.*, No. 22-CV-1412, 2023 WL 4763807, at *14 n.8 (S.D.N.Y. July 26, 2023) (same).

The Clerk of Court is respectfully directed to terminate the pending Motions at Dkt. Nos. 17 and 25.

SO ORDERED.

DATED: September 3, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE